UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re VU.

Case No. 26-cv-00046-HSG

**ORDER OF DISMISSAL**

On January 6, 2025, the Court docketed a letter from Mr. Vu stating that he wished to sue Napa State Hospital and "justice system Santa Clara County." Dkt. No. 1. Because Mr. Vu sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Mr. Vu deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court instructed Mr. Vu that he should cure these deficiencies by February 3, 2025 by filing his complaint on the proper form, and either paying the filing fee or filing an *in forma pauperis* application. *Id*. The Court sent Plaintiff a blank civil rights complaint by a prisoner form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Mr. Vu has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Mr Vu. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:    2/10/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge