UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re VU.

Case No.  26-cv-00046-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice.  Judgment is entered against Mr Vu.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:     2/10/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge